Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARNAIL SINGH,<br><br>                    Plaintiff,<br><br>    v.<br><br>MATTHEW WHITAKER; et al.,<br><br>                    Defendants. | CASE NO. C18-1867 BJR<br><br>ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States of America has filed a Motion for a Stay of Case in Light of Lapse of Appropriations, in which the United States seeks a stay of proceedings entered in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS
C18-1867 BJR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendants' Motion for a Stay of Case in Light of Lapse of Appropriations is GRANTED. All deadlines for the above-captioned case are hereby STAYED and shall be EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this 24th day of January, 2019.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

BRIAN T. MORAN
United States Attorney

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kyle.forsyth@usdoj.gov

Attorneys for the United States of America

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS
C18-1867 BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970